E-FILED
Tuesday, 09 April, 2019  03:40:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



APR -9 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Nancy C Pettigrew )
)
)
_____ )
)
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. ) NO. 19-2087
)
University of )
Ill )
_____ )
)
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☐ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is __Nancy C Pettigrew__,
whose street address is __1320 Mariner Way__,
(city) __Champ__ (state) __Ill__ (ZIP) __61822__
(Plaintiff's telephone number) __(217)- 600-1170__

3. The defendant is __University of Illinois__, whose
street address is __1004 South Fourth St, Ste 310__,
(city) __Champ__ (state) __Ill__ (ZIP) __61820__
(Defendant's telephone number) __(217)- 333-0885__

4. The alleged discrimination occurred at __1214 S. 1st Street__
(city) __Champ__ (state) __Ill.__ (ZIP) __61820__

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) August, (day) 10, (year) 2017.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☒ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☒ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☒ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): _____

8. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) ___March___.

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐ by failing to hire the plaintiff.

    (b) ☒ by terminating the plaintiff's employment.

    (c) ☐ by failing to promote the plaintiff.

    (d) ☐ by failing to stop harassment;

    (e) ☒ by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ by failing to reasonably accommodate the plaintiff's religion.

    (g) ☒ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☒ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☒ with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☒ other (specify): I wasn't given a reason at first when I was put on paid leave. Later they told me I suposely threatend someone with a note on my Desk saying "Even though I sit in the mist of Snakes I'm prayed up." along with other Bibical verses at and around my desk.

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

Started in August when student returned home from summer vacation myself and another coworker Teri McCullen was called at end of day to remove Fesis. My coworker and I got wrote up. and was upset with me because she was written up. Made up a lie about me. Also my foreman Mike Jamerson called another employee a dumb Bitch in front of me. I reported him and thats when harrassement got worse.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☒ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☒ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): Pay me loss wages

4

accomidate me for embarrassing me around my other coworkers as they searched me cause me to have uncontrolled panic attacks (Depression)

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_Nancy C Pettigrew_
(Plaintiff's signature)

_Nancy Carmen Pettigrew_
(Plaintiff's name)

_1320 Mariner Way apt 202_
(Plaintiff's street address)

(City) _Champ_   (State) _Ill_   (ZIP) _61822_

(Plaintiff's telephone number) _217_ - _600-1170_

Date: _4-7-19_